Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
tew@warrinerlaw.com
(916) 443-7141

Attorney for Defendant,
Jorge Mendoza-Rabago

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>JORGE MENDOZA-RABAGO,<br><br>            Defendant. | Case No. 02:20-cr-00220 JAM<br><br>STIPULATION AND ORDER CONTINUING DATE FOR JUDGMENT AND SENTENCING PROCEEDING |

      The government, on behalf of Assistant United States Attorney James R. Conolly, and the defendant, represented by attorney Timothy E. Warriner, hereby stipulate and agree that the date for judgment and sentencing be continued to **October 26, 2022 at 9:00 a.m.,** and that the September 27, 2022 date be vacated.

      The parties request that the court adopt the following schedule concerning the presentence investigation report (PSR):

      Reply or statement of non-opposition    :    10/26/2022

      Motion for correction of PSR shall be filed
      With the court and served on the probation
      Officer and opposing counsel no later than    :    10/12/2022

      PSR filed with the court and disclosed to
      Counsel no later than    :    10/5/2022

Written objections to the PSR shall be
Delivered to the probation officer and
Opposing counsel no later than              :        9/28/2022

DATED: September 1, 2022          /s/ Timothy E. Warriner, Attorney for defendant,
                                  Jorge Mendoza-Rabago

DATED: September 1, 2022          /s/ James R. Conolly, Assistant United States
                                  Attorney, for the government

## ORDER

The court hereby continues the judgment and sentencing hearing to October 26, 2022 at 9:00 a.m. The above stipulation of the parties concerning the PSR is adopted and ordered by the court.

DATED:  September 1, 2022         /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  SENIOR UNITED STATES DISTRICT JUDGE