UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
10/25/2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JORGE MENDOZA-RABAGO,

        Defendant.

Case No.  2:20-cr-00220-JAM-1

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:   UNITED STATES MARSHAL

This is to authorize and direct you to release JORGE MENDOZA-RABAGO - Case No. 2:20-cr-00220-JAM-1; Charge 21 U.S.C. § 841(a)(1) - from custody for the following reasons:

\_\_\_\_ Release on Personal Recognizance

\_\_\_\_ Bail Posted in the Sum of $

\_\_\_\_ Unsecured Appearance Bond $

\_\_\_\_ Appearance Bond with 10% Deposit

**X** Other: Defendant sentenced to a term of imprisonment of TIME SERVED.

Issued at Sacramento, California on 10/25/2022 at 10:15 AM.

*(signed)*
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE